# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-13-00472-CV

R. F., Appellant

v.

Texas Department of Family and Protective Services, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
NO. D-1-FM-11-004062, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant R.F. has filed an unopposed motion to dismiss her appeal, informing this Court that she no longer wishes to prosecute the appeal.  Accordingly, we grant her motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(2).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Field

Dismissed on Appellant's Motion

Filed:   October 25, 2013